JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>    Plaintiff,<br><br>    v.<br><br>BELEN C MEDRANO d/b/a CALIMEX RESTAURANT, <u>et</u> <u>al.</u>,<br><br>    Defendants. | Case No. CV 26-3173 FMO (AYPx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 12th day of May, 2026.

                /s/
             Fernando M. Olguin
           United States District Judge